

# Missouri Court of Appeals
## Southern District

**JANUARY 20, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.  Case No.  SD33806

    Re:    STATE OF MISSOURI,
           Respondent,
           vs.
           STEVEN LAINE DUFFIELD, JR.,
           Appellant.